UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 SEP 28  AM 11: 48

LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| WARREN L. REUTHER, JR | * | CIVIL ACTION |
| PLAINTIFFS | * | NO. |
| | * | SECTION |
| VERSUS | * | MAGISTRATE **06 - 6640** |
| JAMES E. SMITH, SR., JAMES E. SMITH, JR., ET AL. | * | |
| DEFENDANTS | * | **SECT. S MAG 3** |

\*   \*   \*   \*   \*   \*   \*

## NOTICE OF REMOVAL

TO:   United States District Court
Eastern District of Louisiana
500 Poydras Street
New Orleans, Louisiana 70130

**NOW COMES**, through undersigned counsel, New Orleans Tours, Inc., which files this Notice of Removal on the following grounds:

1.

On March 3, 2006, New Orleans Tours, Inc., filed a voluntary petition under Chapter 11 of Title 11 of the United States Code in the United States Bankruptcy Court for the Eastern District of Louisiana. The bankruptcy case was assigned No. 06-10136.

2.

Prior to the Petition Date, Robert Reuther, Warren L. Reuther, III, and Warren L. Reuther, Jr., shareholders of New Orleans Tours, Inc. filed a civil action in the Civil District Court for the Parish of Orleans, State of Louisiana, bearing No. 04-02195, entitled *"Warren L. Reuther v. James E. Smith, Sr. and James E. Smith, Jr., et al."* ("State Court Proceeding"). At a later date, the State

Fee $350.00
Process_____
X  Dktd_____
CtRmDep_____
Doc. No._____

Court Proceeding was substantively consolidated with civil action No. 01-18124, entitled *"Warren L. Reuther, Jr., et al. v. James E. Smith, Jr., et al."*, which is the subject of a contemporaneous Notice of Removal.

3.

The action described in the foregoing paragraph is a civil action of which this Court has jurisdiction pursuant to 28 U.S.C. §§157 and 1334(a), as an action which arises under Title 11 or is related to a bankruptcy proceeding.

4.

This action is one which may be removed to this Court pursuant to 28 U.S.C. §§1452 and 1334 and Rule 9027(a)(2)(B) of the Federal Rules of Bankruptcy.

5.

Upon removal, the action is a core proceeding in the aforesaid bankruptcy case.

6.

Pursuant to 28 U.S.C. §1446(a), Bankruptcy Rule 9027, and Local Bankruptcy Rule, movant has attached hereto as Exhibit "A," *in globo*, copies of all process, pleadings, and orders served upon them in the State Court Proceeding. Furthermore, post-consolidation documents were filed as Exhibit "A" to the Notice of Removal of the above-mentioned civil action No. 01-18124.

**WHEREFORE**, New Orleans Tours, Inc. prays that the above action now pending in the Civil District Court for the Parish of Orleans, State of Louisiana, be removed to this Court for further proceedings; that this Court enter such orders and issue such process as may be necessary to bring before it copies of all records and proceedings currently pending in the state court and thereupon proceed with this civil action as if originally commenced in this Court.

2

Respectfully submitted,

LUGENBUHL, WHEATON, PECK,
    RANKIN & HUBBARD

_____
STEWART F. PECK (#10403)
CHRISTOPHER T. CAPLINGER (#25357)
BENJAMIN W. KADDEN (#29927)
601 Poydras Street, Suite 2775
New Orleans, LA 70130
Telephone: (504) 568-1990
Facsimile: (504) 310-9195
*Attorneys for New Orleans Tours, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Removal was served on the counsel

for all parties and all entities listed on the attached service list by depositing a copy of same in the

United States mail, postage prepaid and properly addressed, this 27th day of September 2006.

_____